

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:11cr 289 |
| | ) | |
| | ) | Embezzlement of Union Funds |
| v. | ) | 29 U.S.C. § 501(c) |
| | ) | |
| | ) | Criminal Forfeiture Allegation |
| JOSEPH D. MEIZLIK, | ) | 18 U.S.C. § 981 & 982 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### EMBEZZLEMENT OF UNION FUNDS

From in or around August 2008 through in or around January 2009, the exact dates being unknown, in the Eastern District of Virginia and within the jurisdiction of this Court, defendant JOSEPH D. MEIZLIK, while President of the Security, Police, and Fire Professionals of America (SPFPA) Local 454, a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, and assets of SPFPA Local 454 in the approximate amount of $9,122.44.

(In violation of Title 29, United States Code, Section 501(c).)

## CRIMINAL FORFEITURE ALLEGATION

Pursuant to FED. R. CRIM. P. 32.2(a), the defendant is hereby notified that, if convicted of the offense alleged in this Criminal Information, the defendant shall forfeit to the United States his interest in any property constituting, or derived from, proceeds obtained directly or indirectly as the result of such violation, including, but not limited to, the sum of at least **$9,122.44** and any assets which may be directly forfeitable as proceeds or subject to forfeiture as a substitute asset.

(In accordance with Title 18, United States Code, Section 982(a)(2), and Title 18, United States Code, Section 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c).)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *[signature]*
Michael C. Moore
Assistant United States Attorney

2